

# Fourth Court of Appeals
## San Antonio, Texas

February 17, 2015

No. 04-14-00660-CV

**IN THE INTEREST OF J.A.E. JR.,**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2011CVQ002377-C3
Honorable Jesus Garza, Judge Presiding

## ORDER

The Appellee's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellee's brief is this date GRANTED. Time is extended to March 19, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:   Jose L. Arce II                        Rande K. Herrell
      1101 Market St                         Assistant Attorney General
      Laredo, TX 78040-0000                  Appellate Litigation Section - Child Support Division
                                             P.O. Box 12017, Capitol Station     (Mail Code 038-1)
                                             Austin, TX 78711-2017